HASELL, Respondent, v. BUCKLEY, Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Adelia A. Hasell, as executrix, against Leander J. Buckley. J. A. Straley, for appellant. F. D. Wells, for respondent. No opinion. Judgment affirmed, and motion denied, with costs.

In re HASSE. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) In the matter of the final judicial settlement of the account of Henry J. Hasse, as executor of the last will and testament of Gertrude H. Reidinger, deceased. No opinion. Decree modified, by crediting the executor with $150 rent received after the death of the testator from the Florida property, and, as so modified, affirmed, without costs to either party.

HAUCK, Respondent, v. SUPREME COUNCIL A. L. OF H., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Mary M. Hauck against the Supreme Council American Legion of Honor. No opinion. Judgment affirmed, with costs.

HAUSMAN v. MILLER et al. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Max Hausman against Elizabeth Miller and others. No opinion. Motion denied, with $10 costs.

HAVIKIN, Appellant, v. THOMAS & BUCKLEY HOD ELEVATOR CO., Respondent. (Supreme Court, Appellate Term. April 24, 1905.) Appeal from Municipal Court, Borough of Manhattan, Seventh District. Action by John Havikin against the Thomas & Buckley Hod Elevator Company. From a Municipal Court judgment in·favor of defendant, plaintiff appeals. Reversed. Nathan D. Stern, for appellant. L. P. Mingey, for respondent.
SCOTT, P. J. In our opinion the plaintiff made out a prima facie case, which cast upon the defendant the necessity of explaining the circumstances, and showing that neither it nor its servants had been negligent. Guldseth v. Carlin, 19 App. Div. 588, 46 N. Y. Supp. 357. The judgment must be reversed, and a new trial ordered, with costs to the appellant to abide the event.

HAWLEY et al., Respondents, v. BLAIR, et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by William Hawley and another against Joseph A. Blair and another. R. B. Honeyman, for appellants. O. T. Hesse, for respondents. No opinion. Judgment affirmed, with costs.

HEALY, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Michael Healy against the Metropolitan Street Railway Company. A. E. Pressinger, for appellant. C. F. Brown, for respondent. No opinion. Order affirmed, with costs.

HEDORFER, Appellant, v. RUPPERT, Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Catherine Hedorfer, as administratrix, against Jacob Ruppert. J. Frankenheimer, for appellant. G. G. Battle, for respondent.
PER CURIAM. Judgment affirmed, with costs.
LAUGHLIN, J., dissents.

HEILIG, Respondent, v. LAWRENCE ROPE WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Lizzie Heilig, an infant, by Annie Barnes, her guardian ad litem, against the Lawrence Rope Works. No opinion. Judgment and order unanimously affirmed, with costs.

In re HENDERSON. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) In the matter of the application of Harry W. Henderson for admission to the bar. Application granted.

HENTZ, Appellant, v. HAVEMEYER et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Henry Hentz against Henry O. Havemeyer and Charles H. Senff. No opinion. Motion for leave to appeal to the Court of Appeals denied.

HOSSMAN, Respondent, v. KENNEALLY, Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Dow Hossman against John J. Kenncally, as treasurer. B. Patterson, for appellant. N. Burkan, for respondent. No opinion. Determination affirmed (90 N. Y. Supp. 357), with costs.

In re HESTER ST. SCHOOL SITE. In re ACKERMAN. (Supreme Court, Appellate Division, First Department. May 5, 1905.) In the matter of Hester street school site. In the matter of Ackerman. No opinion. Report modified, as stated in memorandum, and, as modified, confirmed. Memorandum per curiam.

HIGBEE, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by A. Marie Higbee against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HIGBEE, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department, April 28, 1905.) Action by Joseph L. Higbee against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HILTEBRANT, Respondent, v. BOICE, Appellant, et al. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Ac-